RETURN DATE: AUGUST 21, 2012                : SUPERIOR COURT

BANK OF AMERICA, NATIONAL ASSOCIATION        : JUDICIAL DISTRICT OF
                                             : FAIRFIELD

V.                                           : AT BRIDGEPORT

MARY COOPER A/K/A MARY P. COOPER, ET AL.     : JULY 25, 2013

### AMENDED COMPLAINT

1. The Plaintiff, BANK OF AMERICA, NATIONAL ASSOCIATION has an office and place of business with an address of 7105 Corporate Drive Plano, TX 75024.

2. At all times complained of herein, the Defendant(s), MARY COOPER A/K/A MARY P. COOPER, owned real property situated in the Town of Stratford, County of Fairfield and State of Connecticut known as 25 HAPPY HOLLOW CIRCLE UNIT C A/K/A 25C HAPPY HOLLOW CIR, STRATFORD, CT 06614, (hereinafter the "Property") being more particularly described in Schedule A attached hereto and made a part hereof.

3. On or about November 25, 2008, the Defendant(s), MARY COOPER A/K/A MARY P. COOPER, executed and delivered to QUICKEN LOANS INC., a Note (the "Note") for a loan in the original principal amount of $107,855.00.

4. On said date to secure said Note the Defendant(s), MARY COOPER A/K/A MARY P. COOPER, did execute and deliver to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR QUICKEN LOANS INC., a Mortgage on the Property. Said Mortgage was dated November 25, 2008 and recorded December 12, 2008 in Volume 3242 at Page 312 of the Stratford Land Records. Said Mortgage was assigned to BAC HOME LOANS SERVICING, LP by virtue of an Assignment of Mortgage dated February 11, 2010 and recorded February 19, 2010 in Volume 3359 at Page 258 of the Stratford Land

274885

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

Records. The Plaintiff, BANK OF AMERICA, NATIONAL ASSOCIATION, is the holder of said Note and Mortgage.

5. Said Note is in default and the Plaintiff, BANK OF AMERICA, NATIONAL ASSOCIATION as the holder of said Mortgage and Note has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

6. The Defendant(s) has failed and neglected to cure the default. The Plaintiff has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

7. The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are prior in right to the Mortgage herein:

    a. The Town/City of Stratford may claim an interest in the Property by virtue of inchoate liens for real estate taxes.

    b. FAR MILL RIVER CONDOMINIUM ASSOCIATION, INC. may have an interest in said premises by virtue of a statutory lien for priority common charges pursuant to the provisions of Section 47-258(b) of the General Statutes of Connecticut.

    c. TOWN OF STRATFORD claims an interest in the Property by virtue of a Sewer Lien in the original principal sum of $250.00 dated April 7, 2010 and recorded April 7, 2010 in Volume 3371 in Page 243 of the Stratford Land Records.

    d. TOWN OF STRATFORD claims an interest in the Property by virtue of a Sewer Lien in the original principal sum of $280.00 dated April 27, 2011 and recorded April 27, 2011 in Volume 3473 in Page 231 of the Stratford Land Records.

274885

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

e. TOWN OF STRATFORD claims an interest in the Property by virtue of a Sewer Lien in the original principal sum of $280.00 dated June 8, 2012 and recorded June 8, 2012 in Volume 3583 at Page 93 of the Stratford Land Records.

8. The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are subsequent in right to the Mortgage herein:

a. The Defendant(s), FAR MILL RIVER CONDOMINIUM ASSOCIATION, INC. may have an interest in the premises by virtue of an inchoate lien for common charges in excess of its statutory priority.

b. The Defendant(s), BRIDGEPORT HOSPITAL F.C.U. claims an interest in the Property by virtue of a Judgment Lien in the amount of $2,398.39 dated May 11, 2010 and recorded on May 13, 2010 in Volume 3381 at Page 44 of the Stratford Land Records.

c. The Defendant(s), UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICES, claims an interest in the Property by virtue of a Federal Tax Lien filed by UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE in the amount of $62,027.21 dated June 9, 2011 and recorded on June 20, 2011 in Volume 3486 in Page 91 of the Stratford Land Records. Said Lien was filed against MARY COOPER A/K/A MARY P. COOPER, whose address is shown as 25 HAPPY HOLLOW CIRCLE UNIT C A/K/A 25C HAPPY HOLLOW CIRCLE, STRATFORD, CT 06614 for Form 668Yc assessed on November 17, 2008 for the period ending May 5, 2020.

d. The Defendant(s), FAR MILL RIVER CONDOMINIUM ASSOCIATION, INC. claims an interest in the Property by virtue of a Notice of Lis Pendens recorded on June 14, 2012 in Volume 3584 at Page 177 of the Stratford Land Records.

9. The Defendant(s) MARY COOPER A/K/A MARY P. COOPER, is the owner of the equity of

274885

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589

redemption of the Property and, on information and belief, is in possession of the Property.

10. The Plaintiff, BANK OF AMERICA, NATIONAL ASSOCIATION, has further caused a Lis Pendens to be recorded on the Land Records of the Town of Stratford. A copy of said Lis Pendens is attached hereto as Exhibit A.

11. The Plaintiff, BANK OF AMERICA, NATIONAL ASSOCIATION, has further caused a notice to be given to the Defendant(s), MARY COOPER A/K/A MARY P. COOPER, of his/her rights pursuant to the Statutes pertaining to unemployment and underemployment by annexing to this Writ, Summons and Complaint a copy of the notice provided for in said Statute.

274885

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

WHEREFORE, the plaintiff claims:

1. Foreclosure of the Mortgage;
2. Foreclosure of Mortgage pursuant to Conn. Gen. Stat. Sec 49-17.
3. Possession of the Property;
4. Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);
5. A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);
6. Interest (unless same has been precluded by virtue of a Bankruptcy filing);
7. Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);
8. Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and
9. Such other and further relief as the Court may deem just and equitable.

Notice is hereby given to the Defendant(s) that the Plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action out of any debt accruing to said Defendant(s) by reason of their personal services, (unless same has been precluded by virtue of a Bankruptcy filing).

Dated at Hartford, Connecticut on July 25, 2013

Plaintiff

By: _____
Jeffrey M. Knickerbocker
Hunt Leibert Jacobson, P.C.
Its Attorneys

274885

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589