ltr to j thompson et al oct 22, 2014

note to Judge Thompson , attys for plaintiff as follows

October 22, 2014

FILED
2014 NOV -4  A 9:57
US DISTRICT COURT
HARTFORD CT

Mary Cooper, Pro Se
25 Happy Hollow Circle, Unit C
Stratford, CT 06614
203-345-3433
office - 45 Biro Street
Fairfield, CT 06825
203-345-5933
email marycoopstratfordct@aol.com

Senior JUDGE Alvin W THOMPSON
Ribicoff Federal Building
United States District Court
450 Main Street
Hartford, CT 06103
860-240-3200 Clerk's Office
860-240-3211 Fax

References
Main Ref: Bank of America NA v Mary Cooper, Pro se
         3: 13 cv - 01244, US District Court, Dist of Conn

Further Ref: Conn Superior Court Case, FBT-CV-12-6029370-S
            Bank of America National Association
            v. Mary Cooper A/K/A Mary P Cooper et al

2nd Further Ref: Nat'l Mortg Case ;
                USA et al vs Bank of America, NA et al
                12-361 US Dist Ct, Dist of Columbia

Dear Hon Senior Judge Alvin W Thompson:
Please consider the attached docket pages showing pending motions
unruled upon , undecided by you and pending since August, 2014.

And esp note that these motions entirely defeat, nullify your
pending order of forclosure by sale , now presently setup for
November 8, 2014 only 2 weeks and 3 days away from today ...

   (pls note your unlawful foreclosure by sale sign has been upon
    our door now for some weeks terrifying my family, esp my disabled
    daughter...and that we put out on our stoop yesterday a halloween
       pumpkin of OUR HOME ... yay .... )

With special attention to the normal rescission of the subject
mortgage in this foreclosure case, where you misapprehended that
such rescission was subject to a 3 yr time limit which you ruled
had been exceeded. But as proven and explained that 3 year time
limit had been tolled and was never at any time applicable herein
as that 3 year time limit ONLY applies if the borrower / Mary Cooper
is informed of that right to resciind , which never occurred. And
without that notice, that 3 year time limit is tolled and extends
forward and is ongoing until that notice is given but that notice
has never been given ever herein.
And so, you have then ordered a foreclosure by sale, upon a non
existing and rescinded mortgage.... a clearly fraudulent order, etc.

And esp the law between the parties herein, was establiswhed by the
National Mortgage case (see above references) and that, law, required
NO foreclosure ever herein, until the Bank of America NA had redone
re negotiated the (formerly existing) mortgage , which was never done

Page 1

ltr to j thompson et al oct 22, 2014

And so this foreclosure without that redoing of the mortgage then was entirely wrongfull throughout.

And also that further clear bar to any foreclosure, resulting from the total lack of any person service to aquire jurisdiction herein. where in the state foreclosure case, it was begun by throwing the papers to be served into bushes and so those papers were not discovered until 6 weeks later abd all the while the respondent Mary Cooper spent approx 1 1/2 years ill and Hospitalized.

And additionally, as admitted by plaintiff's own pleadings, the plaintiff does not now and never did own the mortgage herein foreclosed upon making the foreclosure unlawful, illegal with the plaintiff not owning the res or mortgage.

And all the multiple reasons clealry proving entirely that the foreclosure here was at all times illegal , wrongful and improper, and the many mails and later emails to respondent all being clearly wrongful fraudulent and mail and wire fraud prescribed under the RICO definitions, the plaintiff clearly was proven to be proceeding in a wrongful foreclosure, and those FACTS of record herein, proved all the necessary facts needed to grant fully the damages upon respondents 4 counterclaims re wrongful foreclosure BUT , you dismissed those, misapprehending, again and cherry picking an inapplicable RICO concept of racketeering organization, not necessary when the RICO felonies are apparent on a public record and where the plaintiff again and again and again proceeds, proceeds publically in clearly RICO fashion to further the wrongful foreclosure.

So that we request reinstating with updated damages (as 18 months since filed and so adding 75 % to the damages showing) those 4 counterclaims fully.

AND dismissing the wrongful foreclosure by sale pending ... but wrongfully and fraudulently pending throughout along with wrongfull FRAUDULENT judgment of foreclosure by sale ,... a total nullity as being fraudulent.

Thanking you in advance for your kind attention and proper corrective rulings.

Your humble pro se

*Mary Cooper* (signature)
Mary Cooper, Pro Se
25 Happy Hollow Circle, Unit C
Strafford, Ct 06614
office 45 Biro Street, Street,
Fairfield, CT 06825
203-345-5933
email MaryCoopStratfordCt@aol.com

Attch Docket Sheet End pages , see esp docket *nos. 47-54
         *all papers in these docket no.s served upon you several times

cc: Clerk
    US District Court
    915 Lafayette Bld
    Bridgeport, CT 06604

    Committee
    Atty Frederic S Ury
    Ury & Moskow LLC
    883 Black Rock Turnpike
    Fairfield, CT  06825
    203-610-6393,  888-529-4335
    email  fred@urymoskow.com

Service upon PARTIES OF RECORD today is hereby certified via reg mail + email

*Mary Cooper* (signature)

Page 2

ltr to j thompson et al oct 22, 2014

---

email list from below
*electronic service by Mary Cooper

---

cpicard@huntleibert.com (bofa)
lbabcock@zeklaw.com (bofa)
pkolakowski@zeklaw.com (bofa)
rlubus@gradyriley.com (bridgeport hosp)
Julie.Turbert@usdoj.gov (US IRS)
rpacelli@znclaw.com (CONDO ASSOC)
fred@urymoskow.com

from marycoopstratfordct@aol.com

---

Plaintiff
Bank of America, National Association

represented by
Christopher J. Picard
Hunt Leibert Jacobson P.C.
50 Weston Street
Hartford, CT 06120
860.241.1639
Fax: 860.241.1739
Email: cpicard@huntleibert.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Laura Jean Babcock
Zeichner, Ellman & Krause - CT
35 Mason St.
Greenwich, CT 06830
203-622-0900
Fax: 203-862-9889
Email: lbabcock@zeklaw.com
ATTORNEY TO BE NOTICED
also
pkolakowski@zeklaw.com

V.

Defendant
Mary Cooper
also known as
Mary P. Cooper
represented by  Mary Cooper
25 Happy Hollow Circle, Unit C
Stratford, CT 06614
203-612-7641
PRO SE

Defendant Bridgeport Hospital, F.C.U.
represented by  Robert C. Lubus , Jr.
Grady & Riley
86 Buckingham St.
Waterbury, CT 06710
203-575-1131
Fax: 203-754-1675
Email: rlubus@gradyriley.com
LEAD ATTORNEY

ltr to j thompson et al oct 22, 2014

ATTORNEY TO BE NOTICED

Defendant Internal Revenue Service
United States of America
represented by  Julie G. Turbert
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700x3104
Fax: 203-773-5373
Email: Julie.Turbert@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Defendant Far Mill River Condominium Associates, Inc.
represented by  Robert A. Pacelli , Jr.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441
Email: rpacelli@znclaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

-----------------------------------------------------

Additional Service

clerk
Brien McMahon Fed Bldg
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604
203-579-5861 Clerk's Office
203-579-5867 Fax

Senior JUDGE Alvin W THOMPSON
Ribicoff Federal Building
United States District Court
450 Main Street
Hartford, CT 06103
860-240-3200 Clerk's Office
860-240-3211 Fax

Janet C Hall, Chief Judge
Richd C. Lee U. S. Courthouse
United States District Court
141 Church Street
New Haven, CT 06510
203-773-2140 Clerk's Office
203-773-2334 Fax

Justice Ruth Bader Ginsburg
US Supreme Court
Supreme Court of the United States
1 First Street NE
Washington, DC 20543
Telephone:202-479-3000
TTY:202-479-3472

Case 3:13-cv-01244-AWT   Document 66   Filed 11/04/14   Page 5 of 7

| | | |
|---|---|---|
| | | document not signed.) Signed by Judge Alvin W. Thompson on 1/10/14.(Smith, S.) Modified on 1/23/2014 (Smith, S.). (Entered: 01/23/2014) |
| 02/06/2014 | 39 | OBJECTION re 32 MOTION to Dismiss *Counterclaims* filed by Mary Cooper. (Payton, R.) (Entered: 02/07/2014) |
| 07/11/2014 | 40 | ORDER: Defendant Mary Cooper's Motion to Seal (Doc. No. 25) is hereby DENIED. It is so ordered. Signed by Judge Alvin W. Thompson on 7/11/2014. (Lamb, D.) (Entered: 07/11/2014) |
| 07/11/2014 | 41 | ORDER: Defendant Mary Cooper's Motion for Leave to Interplead Bank of New York Mellon (Doc. No. 26) is hereby DENIED. It is so ordered. Signed by Judge Alvin W. Thompson on 7/11/2014. (Lamb, D.) (Entered: 07/11/2014) |
| 07/11/2014 | 42 | ORDER: Defendant Mary Cooper's Motion to Fast Track (Doc. No. 27) is hereby DENIED. It is so ordered. Signed by Judge Alvin W. Thompson on 7/11/2014. (Lamb, D.) (Entered: 07/11/2014) |
| 07/11/2014 | 43 | ORDER: Defendant Mary Cooper's Demand/Motion for Disclosure (Doc. No. 28) is hereby DENIED. It is so ordered. Signed by Judge Alvin W. Thompson on 7/11/2014. (Lamb, D.) (Entered: 07/11/2014) |
| 07/11/2014 | 44 | ORDER: The Plaintiff's Motion for Extension of Time (Doc. No. 30) is hereby GRANTED, nunc pro tunc, absent objection, to July 31, 2014. It is so ordered. Signed by Judge Alvin W. Thompson on 7/11/2014. (Lamb, D.) (Entered: 07/11/2014) |
| 07/11/2014 | 45 | ORDER: The Plaintiff's Motion to Dismiss (Doc. No. 32) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 7/11/2014. (Lamb, D.) (Entered: 07/11/2014) |
| 08/07/2014 | 46 | ORDER: The Plaintiff's Motion nunc pro tunc to Open Judgment of Strict Foreclosure and Convert to Sale (Doc. No. 36) is hereby GRANTED. It is so ordered. Signed by Judge Alvin W. Thompson on 8/7/2014. (Lamb, D.) (Entered: 08/07/2014) |
| 08/07/2014 | 47 | NOTICE of Judgment of Foreclosure by Sale. Signed by Judge Alvin W. Thompson on 8/7/2014. (Lamb, D.) (Entered: 08/07/2014) |
| 08/08/2014 | 48 | MOTION Request to File, Refile and Docket Pleadings by Mary Cooper.Responses due by 8/29/2014 (Attachments: # 1 proposed Pleadings Part I, # 2 proposed Pleadings Part II)(Payton, R.) (Entered: 08/12/2014) |
| 08/11/2014 | 49 | MOTION to Open, Set Aside/Nullity re 45 Order on Motion to Dismiss by Mary Cooper.Responses due by 9/1/2014 (Payton, R.) (Entered: 08/12/2014) |
| 08/25/2014 | 50 | Memorandum in Opposition re 49 MOTION for Reconsideration re 45 Order on Motion to Dismiss, 48 MOTION Request to File, Refile and Docket Pleadings filed by Bank of America, National Association. (Babcock, Laura) (Entered: 08/25/2014) |
| 08/25/2014 | 51 | MOTION to Produce Original Note & Mortgage, MOTION to Dismiss Foreclosure by Mary Cooper.Responses due by 9/15/2014 (Payton, R.) (Entered: 08/26/2014) |

9/11/2014 SDSD District Version 1.3
Case 3:13-cv-01244-AWT   Document 66   Filed 11/04/14   Page 7 of 7

| | | |
|---|---|---|
| 08/25/2014 | 52 | MOTION to Reduce Amount Owed & Satisfy by Mary Cooper. Responses due by 9/15/2014 (Payton, R.) (Entered: 08/26/2014) |
| 08/25/2014 | 53 | MOTION to Stay Nullify & Vacate 47 NOTICE of Judgment of Foreclosure by Sale (Responses due by 9/15/2014, ), by Mary Cooper. (Payton, R.) (Entered: 08/26/2014) |
| 09/05/2014 | 54 | NOTICE of Appearance by Frederic S. Ury on behalf of Appointed Committee (Payton, R.) (Entered: 09/05/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/11/2014 12:41:37 | | | |
| PACER Login: | lc5858 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:13-cv-01244-AWT |
| Billable Pages: | 5 | Cost: | 0.50 |